ORDER!
Motion granted.
John Bryant,
USMJ

# TO THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARK A. G'FRANSISCO, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 3:13-cv-1084 |
| vs. | ) JURY TRIAL |
| | ) |
| GOFIT, L.L.C, BOB HARPER | ) Judge Campbell |
| ENTERPRISES, ACADEMY LTD, | ) |
| D/B/A ACADEMY SPORTS + | ) Magistrate Judge Bryant |
| OUTDOORS, KOHLBERG, KRAVIS | ) |
| ROBERTS & CO., L.P., KKR & CO., | ) |
| L.P. AND JOHN DOE | ) |
| CORPORATION | ) |
| Defendant. | ) |

## MOTION TO CONTINUE THE DECEMBER 16, 2013 INITIAL CASE MANAGEMENT CONFERENCE

Comes now, the Plaintiff, Mark A. G'Francisco, by and through counsel, and respectfully moves this Court to reschedule the Initial Case Management Conference set for December 16, 2013 at 9:30 a.m. by Notice from the Court on October 4, 2013. As grounds for this Motion, Counsel for Plaintiff would state that to date there are Defendants that have not yet been served in this matter. Counsel for Plaintiff has discussed this Motion with the Defense Counsel and they are agreeable to rescheduling this Initial Case Management Conference until such time all Defendants have been served and have answered. After conferring on availability, the parties have agreed that they are available to reschedule this matter (after speaking with the Court's clerk for the Court's availability) to January 21, 2014 at 2:00 p.m., with the Court's permission.

Wherefore, the Plaintiff files this motion and respectfully requests this Honorable Court to reschedule the Initial Case Management Conference set for December 16, 2013 at 9:30 a.m. to January 21, 2014 at 2:00 p.m.

                Respectfully submitted,

                ORTALE, KELLEY, HERBERT
                & CRAWFORD

BY:    /s Wendy Lynne Longmire
        Wendy Lynne Longmire #12158
        Third Floor, Noel Place
        200 Fourth Avenue North
        P.O. Box 198985
        Nashville, TN 37219-8985
        (615) 256-9999
        wlongmire@ortalekelley.com

And

Joseph Y. Longmire
*w/permission Wendy Longmire*
Joseph Y. Longmire, Jr. #11583
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075
(615) 824-3761
jaylongmire@bellsouth.net