ORDER:
Motion granted.
Counsel shall coordinate
entry with current
residents to minimize
inconvenience to nonparties.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MARK A. G'FRANCISCO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:13-CV-1084 |
| ) | |
| GOFIT, L.L.C., BOB HARPER ) | |
| ENTERPRISES, ACADEMY LTD. DBA ) | Judge Campbell |
| ACADEMY SPORTS + OUTDOORS, ) | Magistrate Judge Bryant |
| KOHLBERT, KRAVIS ROBERTS & CO., ) | |
| L.P., KKR & CO., L.P., AND JOHN DOE ) | JURY DEMAND |
| CORPORATION ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT GOFIT, LLC'S MOTION FOR ORDER ALLOWING ENTRY UPON LAND

Comes now Defendant, GoFit, LLC (hereinafter "GoFit" or "Defendant"), by and through counsel, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and submits this its motion for an Order Allowing Defendant to enter onto the land and into the residence located at 319 Raintree Drive, Hendersonville, Tennessee (hereinafter "subject residence"), where the accident giving rise to Plaintiff's Complaint occurred for inspection, measure, survey, photographing, non-destructive testing and/or sampling.

In support of its request, the Defendant would show unto this Honorable Court the following, to-wit:

(1) Pleadings filed by the parties to-date in that cause of action styled *Mark A. G'Francisco v. GoFit, LLC, et al.*, Case No. 3:13-cv-1084;

(2) Memorandum of Law in Support of Motion to Allow Entry Upon Land, attached hereto as Exhibit 1;

(3) E-Mail correspondence from defense counsel to Plaintiff's counsel dated March 11,