IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MARK A. G'FRANCISCO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No.: 3:13-CV-1084 |
| ) | |
| GOFIT, L.L.C., BOB HARPER ) | |
| ENTERPRISES, ACADEMY LTD. DBA ) | Judge Campbell |
| ACADEMY SPORTS + OUTDOORS, ) | Magistrate Judge Bryant |
| KOHLBERT, KRAVIS ROBERTS & CO., ) | |
| L.P., KKR & CO., L.P., AND JOHN DOE ) | JURY DEMAND |
| CORPORATION ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO TAKE DEPOSITION BY REMOTE MEANS

**COME NOW** the parties herein and stipulate, as evidenced by signature of counsel below, pursuant to Rule 30(b)(3)(B)(4) of the <u>Federal Rules of Civil Procedure</u> that the depositions of defendant's, **BOB HARPER ENTERPRISES**, corporate representative and **BOB HARPER**, individually, shall be taken by remote means, specifically video conferencing, with the physical location of the depositions being at Barkley Court Reporters, 1875 Century Park East, Suite 1300, Los Angeles, California.

It is therefore, ORDERED, ADJUDGED and DECREED as follows:

That the depositions of defendant's, **BOB HARPER ENTERPRISES**, corporate representative and **BOB HARPER**, individually, shall be taken by remote means, specifically video conferencing, with the physical location of the depositions being Barkley Court Reporters, 1875 Century Park East, Suite 1300, Los Angeles, California.

SO ORDERED AND ADJUDGED, this the 7th day of August, 2014.

~~TODD J. CAMPBELL~~ JOHN BRYANT
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Approved for Entry;

**THE OFFICE OF JOSEPH Y. LONGMIRE, JR.**

__/s/Joseph Y. Longmire, Jr.___
**Joseph Y. Longmire, Jr.**
BPRN 11583
103 Bluegrass Commons Blvd.
Hendersonville, TN 37075

**WEATHERLY, MCNALLY & DIXON, PLC**

__/s/James L. Weatherly, Jr. (by permission)__
**James L. Weatherly, Jr.**
BPRN 954
Fifth Third Bank Building, Suite 2260
424 Church Street
Nashville, TN 37219

**LEITNER, WILLIAMS, DOOLEY
   & NAPOLITAN, PLLC**

__/s/Richard C. Mangelsdorf, Jr. (by permission)__
__/s/Mitzi Leasha George, (by permission)___
**Richard C. Mangelsdorf, Jr.**
BPRN 12707
**Mitzi Leasha George**
BPRN 27250
414 Union Street, Suite 1900
Nashville, Tennessee 37219-1782
(615) 255-7722

*Attorneys for Defendants*